# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AARON LAWS, et al., <br><br> Defendants. | Case No. 2:19-CR-006-RSL <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

This matter comes before the Court on defendants Aaron Laws, Denison Ellis, and Jeffrey Mayfield's "Stipulated Motion to Continue Trial Date." Dkt. #48. Having considered the facts set forth in the motion, and defendants' knowing and voluntary waivers, the Court finds as follows:

1. The Court adopts the facts set forth in the stipulated motion; specifically, that the government will be producing a substantial amount of discovery and that defense counsel needs additional time to review discovery, track down additional evidence, and potentially consult with expert witnesses. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE - 1

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the additional time requested between March 18, 2019, and the proposed trial date of October 7, 2019 is a reasonable period of delay, as defense counsel needs additional time to review discovery, track down additional evidence, and potentially consult with expert witnesses. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and the defendants in a speedier trial, within the meaning of 18 U.S.C. § 3161(H)(7)(A).

5. Defendants have signed waivers indicating that they have been advised of their rights to a speedy trial and that, after consulting with counsel, they have knowingly and voluntarily waived those rights and consented to the continuation of their trial to a date up to and including October 31, 2019, Dkts. #49, #50, #51, which will permit trial to start on October 7, 2019, per defense counsel's request.

IT IS HEREBY ORDERED that the trial date be continued from March 18, 2019 to October 7, 2019.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to August 26, 2019.

IT IS FURTHER ORDERED that the period of time from the current trial date of March 18, 2019, up to and including October 31, 2019, shall be excludable time pursuant to the 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

1     DATED this 22nd day of February, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE - 3