# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AARON LAWS,<br><br>    Defendant. | Case No. 2:19-CR-006-RSL<br><br>ORDER GRANTING<br>MOTION TO CONTINUE<br>TRIAL DATE |

This matter comes before the Court on the defendant's "Stipulated Motion to Continue Trial Date." Dkt. #87. Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver, the Court finds as follows:

1. The Court adopts the facts set forth in the motion; specifically, that defense counsel needs additional time to effectively prepare for trial. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING MOTION TO CONTINUE TRIAL - 1

3. The Court finds that the additional time requested between February 24, 2020, and the proposed trial date of June 1, 2020 is a reasonable period of delay, as counsel needs additional time to prepare for trial. The Court finds that this additional time is necessary to provide counsel reasonable time to prepare for trial, considering all the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including July 31, 2020, Dkt. #87-2, which will permit trial to start on June 1, 2020, per the parties' request.

IT IS HEREBY ORDERED that the trial date be continued from February 24, 2020 to June 1, 2020.

IT IS FURTHER ORDERED that the pretrial motions deadline be continued to April 20, 2020.

IT IS FURTHER ORDERED that the period of time from the current trial date of February 24, 2020, up to and including July 31, 2020, shall be excludable time pursuant to 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 16th day of January, 2020.

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO CONTINUE TRIAL - 2