The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AARON LAWS, <br><br> Defendant. | No. CR19-006-RSL <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

1. Approximately $2,195 in U.S. currency, seized from Defendant on or about October 12, 2017, in Tukwila, Washington; and

2. Assorted jewelry, seized from Defendant on or about October 12, 2017, in Tukwila, Washington including items appearing to be: one gold chain, one gold bracelet, one Rolex watch, two earrings, two diamond rings, and one pendant with the Bitcoin emblem emblazoned on it.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

Final Order of Forfeiture - 1
*United States v. Laws,* CR19-006-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. In the Plea Agreement that Defendant Laws entered on January 31, 2020, he agreed to forfeit his interest in the above-identified property as proceeds from the Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, to which he entered a guilty plea (Dkt. No. 92, ¶ 7);

2. On October 23, 2020, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 18 U.S.C. §§ 982(a)(2), (b)(1), and 21 U.S.C. § 853(p) and forfeiting the Defendant's interest in it (Dkt. No. 121);

3. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 123), and also provided direct notice to two potential claimants, sent by means reasonably calculated to reach the potential claimants, as required by Fed. R. Crim. P. 32.2(b)(6)(A) and Supp. Rule G(4)(b) (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A & B); and,

4. The time for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

///

Final Order of Forfeiture - 2
*United States v. Laws,* CR19-006-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the United States Secret Service, and/or their representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 18th day of October, 2021.

*signature: M S Lasnik*

THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/Krista K. Bush
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Laws,* CR19-006-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970